Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:    702/720-3371

*Electronically Filed On: March 14, 2023*

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MONEYLINE ANALYTICS, LLC,<br><br>Debtor.<br><br>SHELLEY D. KROHN, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>LEO J. TERRELL, an Individual,<br><br>Defendant. | Case No.  BK-S-21-12443-NMC<br>Chapter 7<br><br>Adv. Proc. No. 23-01005-NMC<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041**<br><br>Date of Hearing:    N/A<br>Time of Hearing:    N/A<br><br>Judge:  Honorable Natalie M. Cox |

Shelley D. Krohn (the "Trustee"), the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, by and through her counsel, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd., hereby dismisses all claims alleged against Leo J. Terrell (the "Defendant") in the *Complaint For: (1) Avoidance of Fraudulent Transfers Pursuant to 11 U,S.C. § 544(b) and NRS Chapter 112.180(1)(a); (2) Avoidance of Fraudulent Transfers Pursuant to 11 U,S.C. § 544(b) and NRS Chapter 112.180(1)(b); (3) Avoidance of Fraudulent Transfers Pursuant to 11 U.S.C. § 548; and (4) Recovery of Bankruptcy Estate Property Pursuant to 11 US.C. § 550* [Adv. ECF No. 1] (the "Complaint"). The dismissal of claims against the

Defendant is pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, which permits a plaintiff to dismiss an action without court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As of the filing of this Notice, the Defendant has not filed an answer or motion for summary judgment.

Dated this 14th day of March, 2023.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Bradley G. Sims*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:   702/720-3371

*Counsel for Shelley D. Krohn, Chapter 7 Trustee*